1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6      FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8   ANTHONY HAMLET,                    )   No. C 06-5593 JSW (PR)
                                       )
9              Plaintiffs,             )
                                       )   **ORDER OF TRANSFER**
10      vs.                            )
                                       )
11  PEOPLE OF THE STATE OF             )
    CALIFORNIA,                        )
12                                     )
               Defendants.            )
13

14
15      Plaintiff is a state prisoner currently incarcerated at Wasco State Prison, located in

Wasco, California.  He filed this civil rights action in the United States District Court for
16
the Northern District of California on September 12, 2006, apparently complaining of
17
violations of his civil rights while incarcerated at the Ventura County Jail.  While
18
Plaintiff's complaint is somewhat incomprehensible, it appears that his claims may relate
19
to his alleged inability to access the Courts while incarcerated at the jail.
20
        When jurisdiction is not founded solely on diversity, venue is proper in the
21
district in which (1) any defendant resides, if all of the defendants reside in the same
22
state, (2) the district in which a substantial part of the events or omissions giving rise to
23
the claim occurred, or a substantial part of property that is the subject of the action is
24
situated, or (3) a judicial district in which any defendant may be found, if there is no
25
district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a
26
case is filed in the wrong venue, the district court has the discretion either to dismiss the
27
case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. §
28
1406(a).  Venue may be raised by the court sua sponte where the defendant has not yet

1  filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790

2  F.2d 1486, 1488 (9th Cir. 1986).

3        Plaintiff apparently complains about conditions of confinement at the Ventura

4  County Jail, located in Ventura County, within the venue of the Central District of

5  California. *See* 28 U.S.C. § 84. Therefore, the Court will transfer this action to the

6  United States District Court for the Central District of California. Accordingly, IT IS

7  ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action

8  be TRANSFERRED to the United States District Court for the Central District of

9  California. The Clerk of the Court shall transfer this matter forthwith.

10        IT IS SO ORDERED.

11  DATED:September 20, 2006

12  _____
    JEFFREY S. WHITE
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28